UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Alejandro Balandran Aguilar**<br>**Docket Number:  0972 1:15CR00031-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Alejandro Balandran Aguilar is requesting permission to travel to Tijuana, Mexico.  Alejandro Balandran Aguilar is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On April 1, 2013, Alejandro Balandran Aguilar was sentenced for the offense(s) of 18 USC 924(a)(1)(A) – False Statement in Connection with the Acquisition of a Firearm.

**Sentence Imposed:**  3 years Probation; $100 Special Assessment; Mandatory Drug Testing; Collection of DNA.  Special Conditions include: No Weapons; Search; Financial Disclosure; No New Debt/Credit; Mental Health Treatment; 150 Hours Community Service; Employment/Community Service; Forfeiture of Firearms.

**Dates and Mode of Travel:**  March 19, 2015, to Sepulveda VA Clinic for appointment, then to friend's, Ryan Stogner, in Corona, California.  March 20, 2015, to father's, Juan Aguilar, at #19 Calle Yonkeros, Reacomodo Sanches Taboada, Tijuana, Mexico.  Returning March 23, 2015.  All travel by use of personal vehicle, 2012 Volkswagon Passat 6VSE741.

**Purpose:**  Travel to Mexico for stepmother's, Juanita Encinas Aceves, funeral and rosary.

RE: **Alejandro Balandran Aguilar**
    Docket Number:  0972 1:15CR00031-001
    <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/  Julie R. Martin

JULIE R. MARTIN
United States Probation Officer

Dated:   March 18, 2015
         Bakersfield, California
         JRM:jrm

/s/  Lonnie E. Stockton

**REVIEWED BY:**   **LONNIE E. STOCKTON**
                   **United States Probation Officer**

## ORDER OF THE COURT

☒   Approved     ☐   Disapproved

IT IS SO ORDERED.

Dated:  March 18, 2015                        _____
                                              SENIOR  DISTRICT  JUDGE

2